## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ernest Bock & Sons, Inc. | : | |
| | : | |
| v. | : | No. 349 C.D. 2018 |
| | : | |
| City of Philadelphia | : | |
| | : | |
| v. | : | |
| | : | |
| Liberty Mutual Insurance Company, and Fidelity and Deposit Company of Maryland | : : : | |
| | : | |
| Appeal of: Ernest Bock & Sons, Inc., Liberty Mutual Insurance Company and Fidelity and Deposit Company of Maryland | : : : : | |
| | : | |
| Ernest Bock & Sons, Inc. | : | |
| | : | |
| v. | : | No. 350 C.D. 2018 |
| | : | |
| City of Philadelphia | : | |
| | : | **CASES CONSOLIDATED** |
| v. | : | |
| | : | |
| Liberty Mutual Insurance Company and Fidelity and Deposit Company of Maryland | : : : | |
| | : | |
| Appeal of: City of Philadelphia | : | |

## PER CURIAM                    O R D E R

NOW, October 1, 2020, having considered Designated Appellants' application for reargument, the application is denied.